UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ERIC ROMERO DE LEON<br><br><br>           DEBTOR (S) | CASE NO. 13-06792-BKT<br><br>CHAPTER 13 |

## TRUSTEE'S UNFAVORABLE REPORT
## ON PROPOSED PLAN CONFIRMATION UNDER §1325

TO THE HONORABLE COURT:  NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1325**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**      Gen Unsecured Pool:  **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$11,304.00   R2016 STM**.  **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,761.00    Fees paid: $0.00    Fees Outstanding: $2,761.00**

With respect to the proposed (amended) Plan dated: **August 21, 2013** (Dkt 2).    Plan Base: **36,720.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Feasibility [§1325(a)(6)]
    Debtor must submit evidence of the value of $18,000.00 assigned to his claim for salaries cause of action.  This information is necessary to confirm feasibility of plan and liquidation value.


Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

    In San Juan, Puerto Rico this November 01, 2013.


                                                    /s/ Alexandra Rodriguez -Staff Attorney

                                                    _____
                                                    JOSE R. CARRION
                                                    CHAPTER 13 TRUSTEE
                                                    PO Box 9023884, San Juan, PR 00902-3884
ARD                                                  Tel. (787) 977-3535  Fax  (787) 977-3550