UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ERIC ROMERO DE LEON<br>XXX-XX-2171<br><br>DEBTOR (S) | CASE NO. 13-06792-BKT<br><br>CHAPTER 13 |

TRUSTEE'S OBJECTION TO CLAIM #07-1
FILED BY (OR ON BEHALF OF):HOSPITAL GENERAL MENONITA

TO THE HONORABLE COURT:

NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

The Trustee objects to Claim #07-1, filed on June 18, 2014 for the amount of $80.00, classified as UNSECURED on the following grounds:

• Failure to comply with BR 3002(c), claim filed after bar date. The claims bar date was Dec 26, 2013.

WHEREFORE the Trustee respectfully prays that this motion be granted for the reason herein set forth and that an order be entered:
Disallowing objected Claim.

NOTICE: Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless:(1) the requested relief is forbidden by law;(2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may schedule a hearing.

In San Juan, Puerto Rico this Friday, June 20, 2014.

/s/ Jose R. Carrion
JOSE R. CARRION
CHAPTER 13 TRUSTEE
PO Box 9023884, Old San Juan Stat.
San Juan, PR 00902-3884
Tel(787)977-3535 Fax(787)977-3550

ESP

13-06792-BKT
ERIC ROMERO DE LEON

VERIFIED STATEMENT

The undersigned, of legal age and as employee of Jose R. Carrion, Chapter 13 Trustee Office, hereby certifies that on this same date, I personally and duly notified a true and exact copy of the attached motion to each party below listed.

```
ERIC ROMERO DE LEON            HOSPITAL GENERAL MENONITA
PO BOX 6951                    PO BOX 373130
CAGUAS, PR   00726             CAYEY, PR   00737-3130


ROBERTO FIGUEROA CARRASQUILL*
PO BOX 193677
SAN JUAN, PR   00919-3677
```

In San Juan, Puerto Rico this Friday, June 20, 2014.

_____
Chapter 13 Clerk