IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ERIC ROMERO DE LEON

DEBTORS

CASE NO 13-06792-BKT

CHAPTER 13

## DEBTORS' MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329

TO THE HONORABLE COURT:

**NOW COMES, ERIC ROMERO DE LEON**, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated May 19, 2015, herewith and attached to this motion.

2. This Plan modification is filed to increase the length of time from 18 months to 60 months in which the debtor will pay the proposed lump sum payment of $18,000.00. The debtor needs to extend the time to pay the lump sum, because he has not received any proceeds from the claim for salary since the case is still pending.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)(2)(b)

**Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY**, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtors and to all creditors and interested parties appearing in the master address list, hereby attached.

Page 2
Case no. 13-06792-BKT
Post confirmation modification of chapter 13 Plan

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 19th day of May, 2015.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PETITIONERS
PO BOX 193677
SAN JUAN PR 00919-3677
TEL 787-744-7699 FAX NO 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                  Case No. **3:13-bk-6792**

**ROMERO DE LEON, ERIC**                                                 Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **5/19/2015**              ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION              Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **300.00** x **57** = $ **17,100.00**
$ **540.00** x **3** = $ **1,620.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **18,720.00**

Additional Payments:
$ **18,000.00** to be paid as a LUMP SUM within **60 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**Claim listed in Schedule B**

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **36,720.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,761.00**

Signed: _[signature]_
Debtor

Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **SCOTIABANK**            Cr. _____            Cr. _____
# **Claim 4-1**                #                    #
$ **3,110.11**                 $                    $
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____            Cr. _____            Cr. _____
# _____              # _____              # _____
$ _____              $ _____              $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____            Cr. _____            Cr. _____
# _____              # _____              # _____
$ _____              $ _____              $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**SCOTIABANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____            Cr. _____            Cr. _____
# _____              # _____              # _____
$ _____              $ _____              $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
Priority: $11,424.
Debtor assume lease agreement with Eduardo Diaz Vazquez; Pedro Clausell.
Any proceeds of debtor cause of action listed on Schedule B received during the term of the Plan either by judgment or settlement shall be paid into the plan as a lump sum. The LV will be reassessed upon judgment or settlement.
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

Late filed claims filed by creditors will receive no distribution."Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**                      Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE ROMERO DE LEON, ERIC  Case No. 3:13-bk-6792
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|

**Executory Contracts - Assumed:**  Eduardo Diaz Vazque
Pedro Clausell

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing        (p)JEFFERSON CAPITAL SYSTEMS LLC      SCOTIABANK DE PUERTO RICO
0104-3                                 PO BOX 7999                           CARDONA JIMENEZ LAW OFFICE PSC
Case 13-06792-BKT13                    SAINT CLOUD MN 56302-7999             PO BOX 9023593
District of Puerto Rico                                                      SAN JUAN, PR 00902-3593
Old San Juan
Tue May 19 10:18:12 AST 2015

US Bankruptcy Court District of P.R.   AEE                                   AFNI
Jose V Toledo Fed Bldg & US Courthouse PO BOX 363508                         ATT
300 Recinto Sur Street, Room 109       SAN JUAN PR 00936 3508                PO BOX 3517
San Juan, PR 00901-1964                                                      BLOOMINGTON, IL  61702-3517


ASOCIACION EMPLEADOS ELA               ASUME                                 ASUME
PO BOX 364508                          MARIA V IRIZARRY CENTENO              NILDA M RAMON APONTE
SAN JUAN, PR  00936-4508               PO BOX 11218                          PO BOX 11218
                                       SAN JUAN, PR  00910-2318              SAN JUAN, PR  00910-2318


ASUME                                  AT&T                                  AT&T
PO BOX 11218                           5407 ANDREWS HWY                      PO BOX 192830
SAN JUAN, PR  00910-2318               MIDLAND, TX  79706-2851               SAN JUAN, PR  00919-2830



AT&T Mobility Puerto Rico, Inc         BANCO POPULAR DE PR                   BANCO POPULAR DE PUERTO RICO
% AT&T Services, Inc                   PO BOX 70100                          BANKRUPTCY DEPARTMENT
Karen Cavagnaro, Paralegal             SAN JUAN, PR  00936-8100              PO BOX 366818
One AT&T Way, Room 3A104                                                     SAN JUAN PR 00936-6818
Bedminster, NJ 07921-2693


CENTRO GOMAS VILLA DEL REY             DORAL BANK                            EMMA L ORTIZ TIRADO
VILLA DEL REY FF7 11 STREET            1451 AVE FD ROOSEVELT                 HC 45 BOX 9721
CAGUAS, PR 00727-6827                  SAN JUAN, PR  00920-2717              CAYEY PUERTO RICO 00736-9606



ENHANCED RECOVERY CORPORATION          ENRIQUE J LEON MALAVE                 Eduardo Diaz Vazquez
8014 BAYBERRY RD                       C/O JUAN E MEDINA QUINTANA            Gurabo, PR  00778-0000
JACKSONVILLE, FL  32256-7412           VILLA GRILLASCA 2140 BLVD LUIS A FERRE
                                       PONCE, PR  00717-0722


HOSPITAL MENONITA                      LCDA NILDA M RAMON APONTE             LCDO JUAN E MEDINA QUINTANA
BOX 373130                             HACIENDA SAN JOSE 577 VIA GUAYABAL    2140 LAS AMERICAS
CAYEY, PR 00737                        CAGUAS, PR  00727-3064                PONCE, PR  00717-0750



MARIA V IRIZARRY CENTENO               ORIENTAL BANK (BBVA)                  SCOTIABANK
BOX 692                                PO BOX 191017                         PO BOX 362649
AIBONITO, PR 00705-0692                SAN JUAN, PR  00919-1017              SAN JUAN, PR  00936-2649



ERIC ROMERO DE LEON                    JOSE RAMON CARRION MORALES            MONSITA LECAROZ ARRIBAS
PO BOX 6951                            PO BOX 9023884                        OFFICE OF THE US TRUSTEE (UST)
CAGUAS, PR 00726-6951                  SAN JUAN, PR  00902-3884              OCHOA BUILDING
                                                                             500 TANCA STREET  SUITE 301
                                                                             SAN JUAN, PR 00901
```

```
ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JEFFERSON CAPITAL SYSTEMS LLC         (d)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999                              PO BOX 7999
ST CLOUD, MN 56302-9617                  ST CLOUD MN 56302
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)ASUME-EMMA L. ORTIZ TIRADO PO BOX 71316 S    (d)SCOTIABANK DE PUERTO RICO         End of Label Matrix
                                                 CARDONA-JIMENEZ LAW OFFICE, PSC      Mailable recipients    30
                                                 P.O. BOX 9023593                     Bypassed recipients     2
                                                 SAN JUAN, PR  00902-3593             Total                  32
```