United States Bankruptcy Court
District of Puerto Rico

In re:  Case No. 13-06792-BKT
ERIC ROMERO DE LEON  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0104-3   User: zbittman   Page 1 of 2   Date Rcvd: Jul 22, 2015
                      Form ID: pcwd    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2015.
```
db           +ERIC ROMERO DE LEON,    PO BOX 6951,    CAGUAS, PR 00726-6951
3809321       AEE,    PO BOX 363508,    SAN JUAN PR 00936 3508
3775122       ASOCIACION EMPLEADOS ELA,    PO BOX 364508,    SAN JUAN, PR  00936-4508
3775124       ASUME,   MARIA V IRIZARRY CENTENO,    PO BOX 11218,    SAN JUAN, PR  00910-2318
3775125       ASUME,   NILDA M RAMON APONTE,    PO BOX 11218,    SAN JUAN, PR  00910-2318
3775123       ASUME,    PO BOX 11218,    SAN JUAN, PR  00910-2318
3775128       BANCO POPULAR DE PR,    PO BOX 70100,    SAN JUAN, PR  00936-8100
3775129      +CENTRO GOMAS VILLA DEL REY,    VILLA DEL REY FF7 11 STREET,    CAGUAS, PR 00727-6827
3775130       DORAL BANK,    1451 AVE FD ROOSEVELT,    SAN JUAN, PR  00920-2717
3836264      +EMMA L ORTIZ TIRADO,    HC 45 BOX 9721,    CAYEY PUERTO RICO 00736-9606
3775133       ENRIQUE J LEON MALAVE,    C/O JUAN E MEDINA QUINTANA,    VILLA GRILLASCA 2140 BLVD LUIS A FERRE,
               PONCE, PR  00717-0722
3775131       Eduardo Diaz Vazquez,    Gurabo, PR  00778-0000
3775134      +HOSPITAL MENONITA,    BOX 373130,    CAYEY, PR 00737
3775135       LCDA NILDA M RAMON APONTE,    HACIENDA SAN JOSE 577 VIA GUAYABAL,    CAGUAS, PR  00727-3064
3775136       LCDO JUAN E MEDINA QUINTANA,    2140 LAS AMERICAS,    PONCE, PR  00717-0750
3775137      +MARIA V IRIZARRY CENTENO,    BOX 692,    AIBONITO, PR 00705-0692
3775138       ORIENTAL BANK (BBVA),    PO BOX 191017,    SAN JUAN, PR  00919-1017
3775139       SCOTIABANK,    PO BOX 362649,    SAN JUAN, PR  00936-2649
3792787       SCOTIABANK DE PUERTO RICO,    CARDONA-JIMENEZ LAW OFFICE, PSC,    P.O. BOX 9023593,
               SAN JUAN, PR  00902-3593
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
3775121       E-mail/PDF: recoverybankruptcy@afninet.com Jul 22 2015 19:02:53      AFNI,    ATT,   PO BOX 3517,
               BLOOMINGTON, IL  61702-3517
3775126       E-mail/Text: g20956@att.com Jul 22 2015 18:59:22      AT&T,    5407 ANDREWS HWY,
               MIDLAND, TX  79706-2851
3775127       E-mail/Text: g20956@att.com Jul 22 2015 18:59:22      AT&T,   PO BOX 192830,
               SAN JUAN, PR  00919-2830
3777479      +E-mail/Text: g20956@att.com Jul 22 2015 18:59:22      AT&T Mobility Puerto Rico, Inc,
               % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
3786693       E-mail/Text: marilyn.gonzalez@popular.com Jul 22 2015 18:59:17      BANCO POPULAR DE PUERTO RICO,
               BANKRUPTCY DEPARTMENT,    PO BOX 366818,    SAN JUAN PR 00936-6818
3775132       E-mail/Text: bknotice@erccollections.com Jul 22 2015 18:59:09      ENHANCED RECOVERY CORPORATION,
               8014 BAYBERRY RD,    JACKSONVILLE, FL  32256-7412
3855542       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 22 2015 18:59:14      JEFFERSON CAPITAL SYSTEMS LLC,
               PO BOX 7999,   ST CLOUD MN 56302
                                                                                              TOTAL: 7
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3787080       ASUME-EMMA L. ORTIZ TIRADO  PO BOX 71316 SAN JUAN
cr*         ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,    SAINT CLOUD MN 56302-7999
             (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,
               ST CLOUD, MN  56302-9617)
cr*          +SCOTIABANK DE PUERTO RICO,    CARDONA JIMENEZ LAW OFFICE PSC,    PO BOX 9023593,
               SAN JUAN, PR 00902-3593
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2015                               Signature:  /s/Joseph Speetjens

```
District/off: 0104-3          User: zbittman              Page 2 of 2                  Date Rcvd: Jul 22, 2015
                              Form ID: pcwd               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2015 at the address(es) listed below:
              JOSE F CARDONA JIMENEZ    on behalf of Creditor    SCOTIABANK DE PUERTO RICO jf@cardonalaw.com
              JOSE RAMON CARRION MORALES    newecfmail@ch13-pr.com
              JOSE RAMON CARRION MORALES (LL)    on behalf of Trustee JOSE RAMON CARRION MORALES
               newecfmail@ch13-pr.com
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              ROBERTO  FIGUEROA CARRASQUILLO    on behalf of Debtor ERIC  ROMERO DE LEON cmecf@rfclawpr.com,
               cmecf.rfclawpr@gmail.com
                                                                                             TOTAL: 5
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: | Case No. **13–06792 BKT** |
| **ERIC ROMERO DE LEON** | Chapter **13** |
| xxx–xx–2171 | |
| | **FILED & ENTERED ON 7/22/15** |
| Debtor(s) | |

## ORDER GRANTING MODIFICATION OF PLAN AFTER CONFIRMATION AND DENYING MOTION FOR DISMISSAL

This case is before the Court on Debtor's(s') motion under 11 U.S.C. §1329 to modify the confirmed plan and to approve the amended plan 5/19/15 (docket entry # 37, 38). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor's(s') motion.

It further appearing that the amended plan addresses the grounds for dismissal on Chapter 13 Trustee's motion to dismiss, (docket entry #37) the same is hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, July 22, 2015 .

Brian K. Tester
United States Bankruptcy Judge