## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN RE: **ERIC ROMERO DE LEON** **xxx–xx–2171** Debtor(s) | Case No. **13–06792 BKT** Chapter **13** FILED & ENTERED ON 10/27/15 |

***ORDER***

The motion filed by Debtor requesting authorization to incur in post–petition credit with AEELA (docket #58) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, October 27, 2015 .

Brian K. Tester
United States Bankruptcy Judge