IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ERIC ROMERO DE LEON

CASE NO. 13-06792 BKT

Chapter 13

XXX-XX-2171

**FILED & ENTERED ON 2/6/2018**

Debtor(s)

ORDER

    Reviewing this case, it appears pending the Motion Regarding Request of Debtor for Approval of Post-Petition Consumer Credit and Entry of Relief Order, filed on 11/09/2015, by Asociacion de Empleados del Estado Libre Asociado de Puerto Rico (AEELA), docket entry No. 62 and Debtor's Response and Opposition, docket entry No. 63. On 12/09/2015, docket entry No. 64, AEELA filed a sur-reply to Debtor's Motion and Request for entry of Order. No further opposition was filed. The Order entered on 10/27/2015, docket entry No. 60, is vacated and set aside. By this date, the debtor should have resolved the issue of the post petition credit request and this matter becomes moot.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico this 06 day of February, 2018.

Brian K. Tester
U.S. Bankruptcy Judge

C:    DEBTOR(S)
       ROBERTO FIGUEROA CARRASQUILLO
       JOSE RAMON CARRION MORALES