**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**ERIC ROMERO DE LEON**<br>**xxx−xx−2171**<br><br>Debtor(s) | Case No. **13−06792 BKT**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 7/5/18 |

*ORDER*

The debtor(s) is (are) granted fourteen (14) days to reply to the Chapter 13 Trustee's unfavorable recommendation filed on 7/4/18 (Docket No. 79). Upon failure to reply timely, the Court may enter an order denying the debtor's('s) proposed post−confirmation modified plan (Docket No. 75).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, July 5, 2018 .

Brian K. Tester
United States Bankruptcy Judge