**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**ERIC ROMERO DE LEON**<br>**xxx–xx–2171**<br><br>Debtor(s) | Case No. **13–06792 BKT**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 7/24/18 |

***ORDER***

Upon debtor(s) failure to comply with the Court's Order on 7/5/18 (docket entry #80), the post confirmation modification of plan dated 6/25/18 (docket #75, 80) is hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, July 24, 2018 .

Brian K. Tester
United States Bankruptcy Judge